[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 19, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11335
Non-Argument Calendar

_____

D. C. Docket No. 06-00365-CR-T-27-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN AURELIO MURILLO-MOSQUERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 19, 2007)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Christopher Desrochers, appointed counsel for Juan Aurelio Murillo-

Mosquera in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murillo-Mosquera's conviction and sentence are **AFFIRMED.**